Filed 4/28/22  P. v. Williams CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>  Plaintiff and Respondent,<br><br>v.<br><br>MILES JAMES WILLIAMS,<br><br>  Defendant and Appellant. | 2d Crim. No. B313977<br>(Super. Ct. No. 20CR08197)<br>(Santa Barbara County) |

Miles James Williams appeals a judgment following conviction of misdemeanor vandalism.  (Pen. Code, § 594.)

At a jury trial, the prosecutor presented evidence that on November 26, 2020, Williams entered a Santa Barbara drugstore. The store manager knew Williams and ordered him to leave.  As he walked from the store, Williams triggered an electronic theft device alarm.  Williams forcibly removed the device and destroyed it.  The store manager summoned police officers who then arrested Williams.  Williams testified at trial that at the time of the incident he was not taking his psychotropic medication.

The trial court sentenced Williams to serve 364 days confinement in county jail and awarded him presentence custody credit of 381 days. The court found that Williams did not have the present financial ability to pay any fines, fees, or assessments, and therefore did not impose them.

We appointed counsel to represent Williams in this appeal. After counsel's examination of the record, she filed an opening brief raising no issues.

On February 23, 2022, we advised Williams that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal. We have not received a response.

We have reviewed the entire record and are satisfied that Williams's attorney has fully complied with her responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

We affirm the judgment.

NOT TO BE PUBLISHED.

GILBERT, P. J.

We concur:

YEGAN, J.

TANGEMAN, J.

Pauline Maxwell, Judge

Superior Court County of Santa Barbara

_____

Anna Rea, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.